UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:

Jose Gallegos, 6279,
aka Jose A. Gallegos,
    Debtor(s).

Case No. 13-13626-t7

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE OF SERVICE

TO THE DEBTORS, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Karen H. Bradley, of the Law Firm of Susan C. Little & Associates, Ltd., has been engaged by the creditor, Bank of America, N.A., to represent its interest in this matter and shall be appearing on its behalf.

You are requested to serve a copy of each notice of any proceeding hearing and/or report in this matter, including but not limited to notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned counsel at the address indicated. Service of all such papers by mail is not required if service is made electronically through the court's CM/ECF system.

By: S/Electronically Filed/ 11.22.13
Karen H. Bradley
Attorney for Creditor
Susan C. Little & Associates, Ltd.
1700 Louisiana Blvd. NE, Ste 300
Albuquerque, NM 87110
Ph: (505) 248-2400

I hereby certify that a true and correct copy of the foregoing was either electronically transmitted, faxed, delivered or mailed to the listed counsel and parties:
1. Jose Gallegos, Pro Se Debtor, 9936 King Ranch Ln SW, Albuquerque, NM 87121
2. Edward Alexander Mazel, Trustee, 320 Gold Ave. S.W., Ste 300 A. Albuquerque, NM 87102
on November 22, 2013.

S/Electronically Filed/ 11.22.13
Karen H. Bradley